### ALBERT E. FRENCH v. SETH E. ENGLE.

*Costs—Judgment reduced by set-off below $100.*

In this case it is held that the plaintiff established a claim exceeding $100, which was reduced by set-off, and that he is entitled to costs.

Error to Wayne. (Brevoort, J.) Argued October 30, 1889. Decided December 28, 1889.

*Assumpsit.* Defendant brings error. Affirmed. The facts are stated in the opinion.

*S. E. Engle,* in *pro. per.,* for appellant.

*Edwin F. Conely,* for plaintiff.

CHAMPLIN, J. The question in this case is one of costs.

The action was *assumpsit*, and the plaintiff filed a bill of particulars amounting to over $300. The defendant pleaded the general issue, and gave notice of set-off, and filed a bill of particulars for $365, and notice of recoupment, under which he claimed $110. The jury returned a verdict in favor of plaintiff for $60, and the court rendered judgment for that amount, with costs.

The only question is whether it appears that the plaintiff's claim, as established at the trial, exceeded $100, and that the same was reduced by set-off.

We think it did, and that it was reduced by set-off; and the judgment is affirmed.

SHERWOOD, C. J., MORSE and CAMPBELL, JJ., concurred. LONG, J., did not sit.